AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York ▼

| | |
|---|---|
| OSVALDO CASIMIRO NAVA <br><br> *Plaintiff(s)* <br> v. <br> BOBOVER YESHIVA BNEI ZION INC. a/k/a RABBINICAL COLLEGE BOBOVER YESHIVA BNEI ZION <br><br> *Defendant(s)* | Civil Action No. 25-cv-2025 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BOBOVER YESHIVA BNEI ZION INC. a/k/a RABBINICAL COLLEGE BOBOVER YESHIVA BNEI ZION
1577 48th St, Brooklyn, NY 11219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: TA Legal Group PLLC.
Taimur Alamgir, Esq.
205 E Main St, Ste 3-2
Huntington NY 11743
(631) 498-7984
tim@talegalgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 4/14/2025                                    *Shirley Mora*
                                                    *Signature of Clerk or Deputy Clerk*