UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

OSVALDO CASIMIRO NAVA,             :

          Plaintiff,      :   Case No.: 1:25-cv-02025-JRC

   -against-            :

BOBOVER YESHIVA BNEI ZION INC. a/k/a   :   STIPULATION OF
RABBINICAL COLLEGE BOBOVER YESHIVA   :   DISMISSAL WITH
BNEI ZION,            :   PREJUDICE

          Defendant.    X

---------------------------------------------------------------------

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Osvaldo Casimiro Nava ("Plaintiff"); and Defendant: Bobover Yeshiva Bnei Zion Inc. a/k/a Rabbinical College Bobover Yeshiva Bnei Zion through their respective undersigned counsel that, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action including all claims alleged therein as between the Plaintiff and Defendant is dismissed with prejudice, with each party to bear their own fees and costs;

**IT IS FURTHER STIPULATED AND AGREED THAT** the terms of the Parties' Settlement Agreement are incorporated into this Order by reference, and this Court shall retain jurisdiction to enforce the terms of the Parties' Settlement Agreement and Release; and

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or Facsimile signatures treated as originals.

TA LEGAL GROUP PLLC         BRUCK LLP
*Attorneys for Plaintiff*         *Attorneys for Defendant*

By:_____    By:_____
Taimur Alamgir          Yair Bruck, Esq.
205 E Main Street, STE 3-2     1207 East 34th Street
Huntington, NY 11743       Brooklyn, New York 10007
Tel: (914) 552-2669        Tel.: (212) 593–9090
kfleming@fr.com (e-mail)     YB@BruckLLP.com

SO ORDERED

_____
HON. _____, U.S.D.J.

9
Document Ref: B6AC43CB-9597-4E49-8A43-B38C61A268FD